# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-cv-21845-ALTMAN

**JAN CARLOS PIMENTEL**,
*individually and on behalf of all*
*others similarly situated*,

      *Plaintiff*,

*v.*

**TRUCKERS BEST INSURANCE LLC,**

      *Defendant.*

_____/

### ORDER

The Plaintiff has filed a Notice of Settlement [ECF No. 4], telling us that he has resolved his

dispute with the Defendant. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Clerk of Court is directed to **CLOSE** this case without prejudice to the Plaintiff to

   file a notice of voluntary dismissal by **July 14, 2025**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to

   reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are

   **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on June 16, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record