UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-21845-ALTMAN

**JAN CARLOS PIMENTEL**,
*individually and on behalf of all
others similarly situated*

    *Plaintiff*,

v.

**TRUCKERS BEST INSURANCE LLC,**

    *Defendant.*
_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 7] pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in the Southern District of Florida on July 18, 2025.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:     counsel of record